UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80949-CIV-ZLOCH

NONPROFIT TECHNOLOGIES, INC.

     Plaintiff,

                             **ORDER ENTERING DEFAULT**

vs.

ROBERT J. BLAKE, Jr.,

     Defendant.
_____/

     THIS MATTER is before the Court sua sponte.  The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

     The Court notes that Plaintiff Nonprofit Technologies Inc. initiated the above-styled cause with the filing of its Complaint (DE 1) on October 15, 2007.  On October 24, 2007, Plaintiff effected service of process on Defendant Robert J. Blake, Jr. through substitute service upon a resident at his place of abode, and a Return Of Service (DE 12, Ex. A) was filed reflecting the same.  Defendant has failed to file a responsive pleading within the time prescribed by the Federal Rules of Civil Procedure.

     Accordingly, after due consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1. Pursuant to Federal Rule of Civil Procedure 55, Default be and the same is hereby entered against Defendant Robert J. Blake, Jr.  Default Final Judgment shall be entered by separate Order of the Court; and

     2. On or before <u>noon</u> <u>Friday, November 30, 2007</u>, Plaintiff Chanel, Inc. shall submit a Motion For Final Judgment By Default,

with supporting Affidavits and Exhibits, together with a proposed

Default Final Judgment as to Defendant Robert J. Blake, Jr.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward

County, Florida, this _____ 19ᵗʰ _____ day of November, 2007.


WILLIAM J. ZLOCH
United States District Judge


Copies furnished:

All Counsel of Record