UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80949-CIV-ZLOCH

NONPROFIT TECHNOLOGIES, INC.,
a Florida corporation,

    Plaintiff,

vs.                              **FINAL ORDER OF DISMISSAL**

ROBERT J. BLAKE, JR.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal With Prejudice (DE 50), filed herein by Plaintiff, Nonprofit Technologies, Inc., and Defendant, Robert J. Blake, Jr. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation Of Dismissal With Prejudice (DE 50) filed herein by the Plaintiff, Nonprofit Technologies, Inc., and Defendant, Robert J. Blake, Jr., be and the same is hereby approved, adopted and ratified by the Court with the exception that the Court hereby retains no jurisdiction over the above styled cause after dismissal of the same;

    2. The above-styled cause be and the same is hereby

**DISMISSED** with prejudice, each party to bear their own fees and costs herein; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___23rd___ day of April, 2008.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Timothy P. O'Neill, Esq.
For Plaintiff

Dana M. Gallup, Esq.
For Defendant